John P. O'Connor et al., appellants, v. High School Board of Education of Evanston High School District et al., appellees. Gen. No. 23,470.

Bill to have election declared void, and to restrain issuance of bonds and tax levy. Decree for defendants. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Howard T. Wilcoxon and William Sherman Carson, for appellants. Wilson, Moore & McIlvaine, for appellees; Nathan G. Moore, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Mary Brady, plaintiff in error, v. Consumers' Company, defendant in error. Gen. No. 24,063.

Action by passenger to recover for personal injury sustained in collision with motor truck. Judgment for plaintiff for $25. Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

John T. Byrnes, for plaintiff in error. John A. Bloomingston, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. George Waters, appellant. Gen. No. 24,198.

Prosecution for violation of municipal ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed January 27, 1919. Rehearing denied and additional opinion on rehearing filed February 10, 1919.

Ryan & Lewis, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Wesley I. Thomas, trading as Royal Broom Company, plaintiff in error, v. John E. Kavanagh et al., trading as Kavanagh Bros. & Company, defendants in error. Gen. No. 24,449.

Action to recover for breach of contract in failing to deliver goods purchased. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

A. F. W. Siebel, for plaintiff in error. Paden & Kropf, for defendants in error; Oscar A. Kropf, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Fred C. Aiken, appellant, v. Peter Dicken and Frederick Schepler, trading as Dicken & Schepler, appellees. Gen. No. 24,514.

Action to recover rent alleged to have been collected by defendants. Judgment against defendant Schepler, and action dismissed as to defendant Dicken. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this

court at the October term, 1918. Reversed and judgment here. Opinion filed January 27, 1919.

Howe, Fordham & Kreamer, for appellant; Albert C. Fordham, of counsel. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

George Zakos, by Christ Kapimalis, appellee, v. Peter Lalogos and Mike Gerulas, trading as Lincoln Grocery & Market Company, on appeal of Peter Lalogos, appellant. Gen. No. 24,526.

Action to recover wages. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919. Rehearing denied February 10, 1919.

George J. Crane, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

American Paper Products Company, appellee, v. National Clock & Manufacturing Company, appellant. Gen. No. 24,562.

Action to recover purchase price of goods. Defendant claimed that plaintiff was a foreign corporation, and had not complied with the State law. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Anderson, Anderson & Anderson, for appellant. Edward L. England, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Whiting Paper Company, appellee, v. Proudfit Loose Leaf Sales Company, appellant. Gen. No. 24,131.

Action in attachment on ground that defendant was about to dispose of property to hinder and delay creditors. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed January 29, 1919.

William Y. Baird, for appellant; Grant Newell, of counsel. Mergentheim, Altheimer & Mayer, for appellee; Morton A. Mergentheim, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Thomas H. Kelly, appellee, v. Supreme Court of the Independent Order of Foresters, appellant. Gen. No. 24,139.

Action on a fraternal benefit certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph P. Rafferty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed January 29, 1919.

Charles F. Vogel, for appellant. Morse Ives and Charles C. Bodenstab, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.